No. 44862.—Protests 978612–G, etc., of Acierno Bros., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.